Submitted on record and briefs October 29, reversed and remanded for reconsideration November 27, 1991

In the Matter of the Compensation of
Janet A. Jankel, Claimant.

Janet A. JANKEL,
*Petitioner,*

*v.*

BRIGHT WOOD CORPORATION,
SAIF Corporation, Mid Oregon Labor Contractors, Inc.
and Liberty Northwest Insurance Corporation,
*Respondents.*

(90-04027 and 90-04028; CA A69648)

820 P2d 464

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Philip H. Garrow, Bend, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas E. Ewing, Assistant Attorney General, Salem, filed the brief for respondents Bright Wood Corporation and SAIF Corporation.

No appearance for respondents Mid Oregon Labor Contractors, Inc., and Liberty Northwest Insurance Corporation.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**PER CURIAM**

Respondents concede that the Workers' Compensation Board erred in denying claimant a reasonable attorney fee. We accept the concession. ORS 656.386(1); *Jones v. OSCI*, 108 Or App 230, 814 P2d 558 (1991).

Reversed and remanded for reconsideration.